United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 07, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD GROUP PLC, | ) | Case No. 22-90168 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82996 11043 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 13TH AVENUE PARTNERS, L.L.C., | ) | Case No. 22-90172 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 48-1242376 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| A 3 THEATRES OF SAN ANTONIO, LTD., | ) | Case No. 22-90167 (MI) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 74-2445508 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| A 3 THEATRES OF TEXAS, INC., | ) | Case No. 22-90176 (DRJ) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 95-4211888 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AUGUSTUS 1 LIMITED, | ) | Case No. 22-90245 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 79364 02434 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AUGUSTUS 2 LIMITED, | ) | Case No. 22-90247 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 65024 08419 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BASILDON CINEMA 2 LIMITED, | ) | Case No. 22-90252 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 11552 28611 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BASILDON CINEMA NUMBER TWO 2 LIMITED, | ) | Case No. 22-90249 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 94809 22268 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BROMLEY CINEMA 2 LIMITED, | ) | Case No. 22-90250 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 54722 28985 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BUSBY ASSIGNCO, LLC, | ) | Case No. 22-90170 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-3615286 | ) | |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CINE-UK LIMITED, | ) | Case No. 22-90251 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 53444 74515 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINEBARRE, LLC, | ) | Case No. 22-90169 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8344297 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINEMAS ASSOCIATES, LLC, | ) | Case No. 22-90171 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 48-1057592 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD CINEMA PROPERTIES LIMITED, | ) | Case No. 22-90241 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 21440 54401 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD CINEMAS HOLDINGS LIMITED, | ) | Case No. 22-90243 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 71440 52439 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD CINEMAS LIMITED, | ) | Case No. 22-90246 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41440 54492 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD ELITE PICTURE THEATRE (NOTTINGHAM) LIMITED, | ) | Case No. 22-90228 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61440 52806 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD ESTATES LIMITED, | ) | Case No. 22-90231 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 91440 54495 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD FUNDING (JERSEY) LIMITED, | ) | Case No. 22-90235 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43123 22259 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD HOLDINGS LIMITED, | ) | Case No. 22-90240 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 40113 21874 | ) | |

4

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD HUNCO KFT., | ) | Case No. 22-90244 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 25390559-2-41 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD SOUTH EAST CINEMAS LIMITED, | ) | Case No. 22-90209 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 11440 54406 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CITY SCREEN (BRIGHTON) LIMITED, | ) | Case No. 22-22-90214 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 22213 36691 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CITY SCREEN (LIVERPOOL) LIMITED, | ) | Case No. 22-90216 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 25232 25166 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CITY SCREEN (S.O.A.) LIMITED, | ) | Case No. 22-90218 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 93163 87964 | ) | |

5

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CITY SCREEN (STRATFORD) LIMITED, | ) | Case No. 22-90223 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 71342 13698 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CITY SCREEN (YORK) LIMITED, | ) | Case No. 22-90227 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 65227 12221 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CLASSIC CINEMAS LIMITED, | ) | Case No. 22-90230 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 28376 11130 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CONSOLIDATED THEATRES MANAGEMENT, L.L.C., | ) | Case No. 22-90180 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2100237 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CROWN FINANCE US, INC., | ) | Case No. 22-90188 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-3615286 | ) | |

6

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CROWN INTERMEDIATE HOLDCO, INC., | ) | Case No. 22-90191 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-3575421 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CROWN THEATRE CORPORATION, | ) | Case No. 22-90194 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-1530337 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CROWN UK HOLDCO LIMITED, | ) | Case No. 22-90234 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 21481 07197 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CS (BRIXTON) LIMITED, | ) | Case No. 22-90258 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 86956 15146 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CS (EXETER) LIMITED, | ) | Case No. 22-90259 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 29788 11926 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CS (NORWICH) LIMITED, | ) | Case No. 22-90260 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23106 04237 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTGATE THEATRE, INC., | ) | Case No. 22-90195 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 93-0557513 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EDWARDS THEATRES, INC., | ) | Case No. 22-90198 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 33-0976218 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EMPIRE CINEMA 2 LIMITED, | ) | Case No. 22-90248 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 93663 25576 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FREDERICK PLAZA CINEMA, INC., | ) | Case No. 22-90190 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 04-2500121 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GALLERY CINEMAS LIMITED, | ) | Case No. 22-90253 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 11440 54440 | ) | |

8

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GALLERY HOLDINGS LIMITED, | ) | Case No. 22-90254 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 51550 52443 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREAT ESCAPE LAGRANGE LLC, | ) | Case No. 22-90206 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 35-2062155 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREAT ESCAPE LLC, | ) | Case No. 22-90210 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 35-2050796 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREAT ESCAPE OF NITRO, LLC, | ) | Case No. 22-90221 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-2767137 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREAT ESCAPE OF O'FALLON, LLC, | ) | Case No. 22-90226 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-2767033 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GREAT ESCAPE THEATRES, LLC, | ) | Case No. 22-90271 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 35-2113816 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREAT ESCAPE THEATRES OF | ) | Case No. 22-90232 (DRJ) |
| BOWLING GREEN, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1379928 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREAT ESCAPE THEATRES OF | ) | Case No. 22-90236 (MI) |
| HARRISBURG, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-0882249 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREAT ESCAPE THEATRES OF | ) | Case No. 22-90239 (MI) |
| LEBANON, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5001646 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREAT ESCAPE THEATRES OF NEW | ) | Case No. 22-90242 (DRJ) |
| ALBANY, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-0592002 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEMEL HEMPSTEAD TWO CINEMA 2 LIMITED, | ) | Case No. 22-90255 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 35404 16650 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOLLYWOOD THEATERS, INC., | ) | Case No. 22-90270 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2598844 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOLLYWOOD THEATERS III, INC., | ) | Case No. 22-90265 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 95-4344918 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOYTS CINEMAS CORPORATION, | ) | Case No. 22-90261 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 04-2981190 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| INTERSTATE THEATRES CORPORATION, | ) | Case No. 22-90264 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 04-1472970 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOIS BUSINESS DEVELOPMENT CORPORATION, | ) | Case No. 22-90267 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 99-0321127 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MCINTOSH PROPERTIES, LLC, | ) | Case No. 22-90263 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-0837983 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NEWCASTLE CINEMA 2 LIMITED, | ) | Case No. 22-90256 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 14925 27348 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NEWMAN ONLINE LIMITED, | ) | Case No. 22-90257 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45823 10076 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NEXT GENERATION NETWORK, INC., | ) | Case No. 22-90268 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1670450 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| OKLAHOMA WARREN THEATRES, LLC, | Case No. 22-90269 (DRJ) |
| Debtor. | |
| Tax I.D. No. 20-3647349 | |

| | |
|---|---|
| In re: | Chapter 11 |
| OKLAHOMA WARREN THEATRES II, LLC, | Case No. 22-90262 (MI) |
| Debtor. | |
| Tax I.D. No. 62-1412720 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PACIFIC RIM BUSINESS DEVELOPMENT CORPORATION, | Case No. 22-90266 (MI) |
| Debtor. | |
| Tax I.D. No. 94-3269488 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PICTUREHOUSE BOOKINGS LIMITED, | Case No. 22-90219 (MI) |
| Debtor. | |
| Tax I.D. No. 73388 16285 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PICTUREHOUSE CINEMAS LIMITED, | Case No. 22-90225 (MI) |
| Debtor. | |
| Tax I.D. No. 81450 06576 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PICTUREHOUSE ENTERTAINMENT LIMITED, | ) | Case No. 22-90229 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 17997 23229 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| POOLE CINEMA 2 LIMITED, | ) | Case No. 22-90237 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 19104 09984 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| R.C. COBB, INC., | ) | Case No. 22-90205 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 63-0376608 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| R.C. COBB II, LLC, | ) | Case No. 22-90204 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-1923174 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RAGAINS ENTERPRISES LLC, | ) | Case No. 22-90203 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-1709139 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RCI/FSSC, LLC, | ) | Case No. 22-90192 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1768756 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RCI/RMS, LLC, | ) | Case No. 22-90196 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 06-1683875 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL – 18, LLC, | ) | Case No. 22-90200 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 62-1412720 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL/ATOM HOLDINGS, LLC, | ) | Case No. 22-90183 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 03-0398467 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL/CINEBARRE HOLDINGS, LLC, | ) | Case No. 22-90187 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2847301 | ) | |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| REGAL/DCIP HOLDINGS, LLC, | ) Case No. 22-90207 (MI) |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 62-1412720 | ) |
| In re: | ) Chapter 11 |
|  | ) |
| REGAL CINEMAS, INC., | ) Case No. 22-90197 (MI) |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 62-1412720 | ) |
| In re: | ) Chapter 11 |
|  | ) |
| REGAL CINEMAS CORPORATION, | ) Case No. 22-90202 (DRJ) |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 02-0624987 | ) |
| In re: | ) Chapter 11 |
|  | ) |
| REGAL CINEMAS HOLDINGS, INC., | ) Case No. 22-90186 (MI) |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 62-1843011 | ) |
| In re: | ) Chapter 11 |
|  | ) |
| REGAL CINEMAS II, LLC, | ) Case No. 22-90193 (DRJ) |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 27-1923323 | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL CINEMEDIA CORPORATION, | ) | Case No. 22-90199 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 03-0398467 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL CINEMEDIA HOLDINGS, LLC, | ) | Case No. 22-90201 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8359075 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL DISTRIBUTION, LLC, | ) | Case No. 22-90185 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 62-1412720 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL DISTRIBUTION HOLDINGS, LLC, | ) | Case No. 22-22-90189 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 62-1412720 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL ENTERTAINMENT GROUP, | ) | Case No. 22-90181 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 02-05569394 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL ENTERTAINMENT HOLDINGS, INC., | ) | Case No. 22-90175 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 72-1522911 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL ENTERTAINMENT HOLDINGS II LLC, | ) | Case No. 22-90178 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-2028770 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL GALLERY PLACE, LLC, | ) | Case No. 22-90173 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-1702561 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL INVESTMENT COMPANY, | ) | Case No. 22-90222 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 52-2032807 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL LICENSING, LLC, | ) | Case No. 22-90233 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-2042818 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REGAL STRATFORD, INC., | ) | Case No. 22-90238 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-2337444 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGALREALTY – 17, LLC, | ) | Case No. 22-90211 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 62-1412720 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RICHMOND I CINEMA, L.L.C., | ) | Case No. 22-90215 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2115915 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE MOVIE MACHINE, L.L.C., | ) | Case No. 22-90174 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 74-3048400 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| UA SHOR, LLC, | ) | Case No. 22-90177 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-1424080 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UA SWANSEA, LLC, | ) | Case No. 22-90179 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-1997413 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| UNITED ARTISTS PROPERTIES I CORP., | ) | Case No. 22-90182 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-1093560 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| UNITED ARTISTS REALTY COMPANY, | ) | Case No. 22-90184 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 22-2861013 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| UNITED ARTISTS THEATRE CIRCUIT, INC., | ) | Case No. 22-90212 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-1424080 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| UNITED ARTISTS THEATRE CIRCUIT II, LLC, | ) | Case No. 22-90208 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-1923416 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNITED ARTISTS THEATRE COMPANY, | ) | Case No. 22-90213 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-1198391 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VALEENE CINEMAS, LLC, | ) | Case No. 22-90217 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-0237734 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WALLACE THEATER HOLDINGS, INC., | ) | Case No. 22-90220 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2605571 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WARREN OKLAHOMA THEATRES, INC., | ) | Case No. 22-90224 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-478975 | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter

---

[1]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that ex parte relief is appropriate in this administrative matter; and this Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; it is HEREBY ORDERED THAT:

———

1.     The above-captioned chapter 11 cases shall be jointly administered by this Court under Case No. 22-90168 (MI).

2.     Additionally, the following checked items are ordered:

a.   ☒  One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

b.   ☒   Parties may request joint hearings on matters pending in any of the jointly administered cases.

c.   ☒  All cases not previously assigned to Judge Isgur are transferred to Judge Isgur.

3.     The caption of the jointly administered cases will read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CINEWORLD GROUP PLC, *et al.*,[1] | ) Case No. 22-90168 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Cineworld.  The location of the Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of

the Bankruptcy Code.

5.      A docket entry, substantially similar to the following, shall be entered on the

dockets of each of the Debtors, other than Cineworld Group plc, to reflect the joint administration

of these chapter 11 cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of:  Cineworld Group plc, Case No. 22-90168; 13th Avenue Partners, L.L.C., Case No. 22-90172; A 3 Theatres of San Antonio, Ltd., Case No. 22-90167; A 3 Theatres of Texas, Inc., Case No. 22-90176; Augustus 1 Limited, Case No. 22-90245; Augustus 2 Limited, Case No. 22-90247; Basildon Cinema 2 Limited, Case No. 22-90252; Basildon Cinema Number 2 Limited, Case No. 22-90249; Bromley Cinema 2 Limited, Case No. 22-90250; Busby AssignCo, LLC, Case No. 22-90170; Cine-UK Limited, Case No. 22-90251; Cinebarre, LLC, Case No. 22-90169; Cinemas Associates, LLC, Case No. 22-90171; Cineworld Cinema Properties Limited, Case No. 22-90241; Cineworld Cinemas Holdings Limited, Case No. 22-90243; Cineworld Cinemas Limited, Case No. 22-90246; Cineworld Elite Picture Theatre (Nottingham) Limited, Case No. 22-90228; Cineworld Estates Limited, Case No. 22-90231; Cineworld Funding (Jersey) Limited, Case No. 22-90235; Cineworld Holdings Limited, Case No. 22-90240; Cineworld HunCo Kft., Case No. 22-90244; Cineworld South East Cinemas Limited, Case No. 22-90209; City Screen (Brighton) Limited, Case No. 22-90214; City Screen (Liverpool) Limited, Case No. 22-90216; City Screen (S.O.A.) Limited, Case No. 22-90218;

City Screen (Stratford) Limited, Case No. 22-90223; City Screen (York) Limited, Case No. 22-90227; Classic Cinemas Limited, Case No. 22-90230; Consolidated Theatres Management, L.L.C., Case No. 22-90180; Crown Finance US, Inc., Case No. 22-90188; Crown Intermediate HoldCo, Inc., Case No. 22-90191; Crown Theatre Corporation, Case No. 22-90194; Crown UK HoldCo Limited, Case No. 22-90234; CS (Brixton) Limited, Case No. 22-90258; CS (Exeter) Limited, Case No. 22-90259; CS (Norwich) Limited, Case No. 22-90260; Eastgate Theatre, Inc., Case No. 22-90195; Edwards Theatres, Inc., Case No. 22-90198; Empire Cinema 2 Limited, Case No. 22-90248; Frederick Plaza Cinema, Inc., Case No. 22-90190; Gallery Cinemas Limited, Case No. 22-90253; Gallery Holdings Limited, Case No. 22-90254; Great Escape LaGrange LLC, Case No. 22-90206; Great Escape LLC, Case No. 22-90210; Great Escape of Nitro, LLC, Case No. 22-90221; Great Escape of O'Fallon, LLC, Case No. 22-90226; Great Escape Theatres, LLC, Case No. 22-90271; Great Escape Theatres of Bowling Green, LLC, Case No. 22-90232; Great Escape Theatres of Harrisburg, LLC, Case No. 22-90236; Great Escape Theatres of Lebanon, LLC, Case No. 22-90239; Great Escape Theatres of New Albany, LLC, Case No. 22-90242; Hemel Hempstead Two Cinema 2 Limited, Case No. 22-90255; Hollywood Theaters, Inc., Case No. 22-90270; Hollywood Theaters III, Inc., Case No. 22-90265; Hoyts Cinemas Corporation, Case No. 22-90261; Interstate Theatres Corporation, Case No. 22-90264; Lois Business Development Corporation, Case No. 22-90267; McIntosh Properties, LLC, Case No. 22-90263; Newcastle Cinema 2 Limited, Case No. 22-90256; Newman Online Limited, Case No. 22-90257; Next Generation Network, Inc., Case No. 22-90268; Oklahoma Warren Theatres, LLC, Case No. 22-90269; Oklahoma Warren Theatres II, LLC, Case No. 22-90262; Pacific Rim Business Development Corporation, Case No. 22-90266; Picturehouse Bookings Limited, Case No. 22-90219; Picturehouse Cinemas Limited, Case No. 22-90225; Picturehouse Entertainment Limited, Case No. 22-90229; Poole Cinema 2 Limited, Case No. 22-90237; R.C. Cobb, Inc., Case No. 22-90205; R.C. Cobb II, LLC, Case No. 22-90204; Ragains Enterprises LLC, Case No. 22-90203; RCI/FSSC, LLC, Case No. 22-90192; RCI/RMS, LLC, Case No. 22-90196; Regal – 18, LLC, Case No. 22-90200; Regal/Atom Holdings, LLC, Case No. 22-90183; Regal/Cinebarre Holdings, LLC, Case No. 22-90187; Regal/DCIP Holdings, LLC, Case No. 22-90207; Regal Cinemas, Inc., Case No. 22-90197; Regal Cinemas Corporation, Case No. 22-90202; Regal Cinemas Holdings, Inc., Case No. 22-90186; Regal Cinemas II, LLC, Case No. 22-90193; Regal CineMedia Corporation, Case No. 22-90199; Regal CineMedia Holdings, LLC, Case No. 22-90201; Regal Distribution, LLC, Case No. 22-90185; Regal Distribution Holdings, LLC, Case No. 22-90189; Regal Entertainment Group, Case No. 22-90181; Regal Entertainment Holdings, Inc., Case No. 22-90175; Regal Entertainment Holdings II LLC, Case No. 22-90178; Regal Gallery Place, LLC, Case No. 22-90173; Regal Investment Company, Case No. 22-90222; Regal Licensing, LLC, Case No. 22-90233; Regal Stratford, Inc., Case No. 22-90238; RegalRealty – 17, LLC, Case No. 22-90211; Richmond I Cinema, L.L.C., Case No. 22-90215; The Movie Machine, L.L.C., Case No. 22-90174; UA Shor, LLC, Case No. 22-90177; UA Swansea, LLC, Case No. 22-90179; United Artists

Properties I Corp., Case No. 22-90182; United Artists Realty Company, Case No. 22-90184; United Artists Theatre Circuit, Inc., Case No. 22-90212; United Artists Theatre Circuit II, LLC, Case No. 22-90208; United Artists Theatre Company, Case No. 22-90213; Valeene Cinemas, LLC, Case No. 22-90217; Wallace Theater Holdings, Inc., Case No. 22-90220; and Warren Oklahoma Theatres, Inc., Case No. 22-90224. The docket in Case No. 22-90168 (MI) should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 22-90168 (MI).**

6.     The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep one consolidated docket, one file, and one consolidated service list for these chapter 11 cases. Separate claims registers will be maintained.

7.     The Debtors are authorized to file an emergency motion seeking to file monthly operating reports on a consolidated basis; *provided* the Debtors must track and break out disbursements on a Debtor-by-Debtor basis.

8.     Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

9.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order is without prejudice to the rights any party-in-interest to seek entry of an order substantively consolidating cases.

10.     Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

11.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed:  September 07, 2022

Marvin Isgur
United States Bankruptcy Judge

33911730v.1 162879/00001